Gail A. Norling
27 Fern Street
Westbrook, CT 06498
860-526-7801 daytime/work
860-664-9456 evening/home
gnorling@snet.net

August 10, 2004

Honorable Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

Re:   United States of America
vs.
Barry W. Himes
Crim. No. 3:01cr174
[Civ. No. 3:04cv9]

Dear Judge Droney,

I have enclosed a letter written by my father to the Clerk of the US District Court in Hartford, dated August 2, 2004 concerning two docket requests he had sent to the Clerk's Office on July 5th, 2004. When I called the Clerk's Office on my father's behalf to enquire as to the status of these requests, I was told that the letter was in your office awaiting approval on costs involved.

To my knowledge the costs involved item 3 of this letter, a copy of the Local Rules of the US District Court of Connecticut. I have downloaded these rules off the internet and forwarded them to my father myself, so please disregard item 3.

Thank you very much.

Very truly yours,

Gail A. Norling

Enclosed: copy of August 2, 2004 letter from Barry Himes to Clerk

*Handwritten margin note:* The Clerk shall docket this letter and include it in the court's file. SO ORDERED.
Christopher F. Droney
United States District Judge
02/4/05