FILED

Clerk  
United States District Court  
450 Main Street  
Hartford, CT. 06103

August 2, 2004

2004 AUG -5 A 10: 56

U.S. DISTRICT COURT

                         Re:    United States of America  
                                    vs.  
                                Barry W. Himes  
                                Crim. No.  3:01CR174   (CFD)  
                                [Civ. No.  3:04CV9   (CFD)]

Dear Sir / Madam,

   On June 28, 2004, I submitted to the Court a letter indicating that I **never** was notified that my original Motion for Appointment of Counsel, filed 5 January 2004 (#214) had been denied by the Judge on 26 February 2004 and that the Order denying that Motion was entered on 27 February 2004 (#217).  I requested that you Docket that letter and forward a copy (also enclosed) to Judge Droney. I have not been notified by the Court with a copy of the denied Motion nor a Docket number.

   The following letters all dated  4 July 2004 were mailed from Ayer, Massachusetts on 5 July 2004 and addressed to the Clerk, United States District Court, Hartford, CT. :

       1. Letter to  Judge Droney -  two (2) copies and Docket request. One copy send to Jeffrey Meyer, AUSA.

       2. A Motion in the form of a "Suggestion Made Against a Return" - two copies and a Docket request.  One copy send to Jeffrey Meyer, AUSA including a Certificate of Service.

       3. Letter to the Clerk requesting copy of Local Rules of U.S. District Court of CT.

   I look forward to your response to the above requested information.

The Clerk shall docket this letter and include it in the court's file.  'SO ORDERED.

Christopher F. Droney  
United States District Judge  
02/4/05

2005 FEB -4 P 3: 55  
U.S. DISTRICT COURT  
HARTFORD, CT.

                                                   Respectfully,

                                                   Barry W. Himes, Pro Se  
                                                   Reg.No.  14309014  
                                                   Federal Medical Center Devens  
                                                   P.O. Bpx 879 - Camp  
                                                   Ayer, MA.  01432