# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

VS.                               :          Docket No. 3:01CR174 (CFD)

BARRY W. HIMES                    :          June 8, 2005

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the

United States of America, Christine Sciarrino, Assistant United States Attorney.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3780/ Fax: (203) 773-5392
FEDERAL BAR NO. CT3393
Email: Christine.Sciarrino@usdoj.gov

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 8th day

of June, 2005, to:


Ethan Levin-Epstein, Esq.
Garrison, Levin-Epstein, Chimes & Richardson
405 Orange Street
New Haven, CT   06511-6489

Barry W. Himes
Reg. No. 14309-014
Federal Medical Center Devens
P.O. Box 879
Ayers, MA   01432

_____
CHRISTINE SCIARRINO