# RELEASE OF MORTGAGE DEED

KNOW ALL MEN BY THESE PRESENTS,

That I, Kevin J. O'Connor, United States Attorney for the District of Connecticut, on behalf of the United States of America do hereby release and discharge a certain Mortgage Deed from Eileen M. Himes of 81 Seaside Avenue, Guilford, Connecticut, to the United States of America dated March 18, 2002 and recorded on March 19, 2002 in the Guilford Land Records, Connecticut in Volume 577, at Page 247, to which reference may be had:

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 7th day of June, 2005.

_____
Kevin J. O'Connor
United States Attorney

*Signed, Sealed and Delivered*
*in the presence of:*

Sign: _Judith A. D'Aufia_
Print: Judith A. D'Aufia

Sign: _Katherine Libby_
Print: Katherine Libby

*State of Connecticut*          :
                                : ss. New Haven
*County of New Haven*           :

On this the 7th day of June, 2005 before me, personally appeared Kevin J. O'Connor, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

_Eileen M. Lombach_
*Commissioner of the Superior Court*
*Notary Public*

My Commission Expires: Nov. 30, 2007