UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA    : Plaintiff            February 14, 2005

vs.                                       Case No. 3:01cr174(CFD)

BARRY W. HIMES              : Defendant

DEFENDANT'S MOTION FOR RETURN OF
PROPERTY PURSUANT TO RULE 41 (e)

The defendant, Barry Himes, hereby respectfully moves this Honorable Court pursuant to Federal Rules of Criminal Procedure, Rule 41 (e), to order the return of his/her below descibed property seized from the Himes's on or about August, 2001:

1. USA Passport #140803021
2. **Mortgage Deed for property located at 81 Seaside Ave. Guilford, CT.**

This Motion is pursuant to my receipt of a letter dated February 8, 2005, from Mr. Kevin F. Rowe, Clerk for the United States District Court, District of Connecticut, Bridgeport, Conn.

As reason therefore, defendant states that the said property is not intended or no longer required as evidence in the instant case and the Government has not moved for forfeiture.

I am requesting that the above described property be directly returned to my wife Eileen Himes at the following address: 81 Seaside Ave., Guilford, CT. 06437.

Respectfully submitted,

Barry W. Himes
Reg. No. 14309-014
Federal Medical Center Devens
P.O.Box 879  Camp
Ayer, Massachusetts  01432

Jeffrey Meyer, AUSA

GRANTED, in part. The clerk is directed to return the passport and exonerate the bond.
SO ORDERED.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE
06/23/05